## ☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

    - v. -                                       :

JAVIER LOPEZ,                               :
    a/k/a "Twin,
DANIEL FELIZ,                               :
    a/k/a "No Name,"
HEMPHILL GARCIA,                            :      **INDICTMENT**
    a/k/a "Potato Face,"
JOHNNY NUNEZ GARCIA,                        :      10 Cr.
    a/k/a "Supreme,"
    a/k/a "Superior,"               :
JUNUEL ALVAREZ,
KEVIN VASQUEZ,                              :
    a/k/a "Kakaito,"
CARLOS CARRERA,                             :
    a/k/a "Mexico,"
OLIVER BELOZ,                               :
    a/k/a "Shorty," and
ERIC ARAUJO,                                :
    a/k/a "J,"
                   :

         Defendants.
                   :

- - - - - - - - - - - - - - - - - - x

**10 CRIM 367**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 2 8 APR 2010

### COUNT ONE

       The Grand Jury charges:

       1.   From at least in or about April 2009, up to and including in or about April 2010, in the Southern District of New York and elsewhere, JAVIER LOPEZ, a/k/a "Twin," DANIEL FELIZ, a/k/a "No Name," HEMPHILL GARCIA, a/k/a "Potato Face," JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior," JUNUEL ALVAREZ, KEVIN VASQUEZ, a/k/a "Kakaito," CARLOS CARRERA, a/k/a "Mexico," OLIVER BELOZ, a/k/a "Shorty," and ERIC ARAUJO, a/k/a "J," the defendants, and others known and unknown, unlawfully,

intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that JAVIER LOPEZ, a/k/a "Twin," DANIEL FELIZ, a/k/a "No Name," HEMPHILL GARCIA, a/k/a "Potato Face," JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior," JUNUEL ALVAREZ, KEVIN VASQUEZ, a/k/a "Kakaito," CARLOS CARRERA, a/k/a "Mexico," OLIVER BELOZ, a/k/a "Shorty," and ERIC ARAUJO, a/k/a "J," the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substance involved in the offense was 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>OVERT ACTS</u>

4.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a.    On or about April 22, 2009, JAVIER LOPEZ, a/k/a "Twin," the defendant, sold "crack" cocaine to another individual inside of 1134 Elder Avenue, Bronx, New York.

2

b.     On or about May 20, 2009, LOPEZ and JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior," the defendant, possessed drug paraphernalia in a vehicle in the Bronx, New York.

c.     On or about August 14, 2009, NUNEZ GARCIA possessed "crack" cocaine in the vicinity of 1151 Elder Avenue, Bronx, New York.

d.     On or about January 5, 2010, LOPEZ and CARLOS CARRERA, a/k/a "Mexico," the defendant, possessed drug paraphernalia inside an apartment at 1151 Elder Avenue, Bronx, New York.

e.     On or about January 5, 2010, NUNEZ GARCIA and KEVIN VASQUEZ, a/k/a "Kakaito," the defendants, possessed drug paraphernalia inside an apartment at 1151 Elder Avenue, Bronx, New York.

f.     On or about January 12, 2010, JUNUEL ALVAREZ, and OLIVER BELOZ, a/k/a "Shorty," the defendants, sold "crack" cocaine to an undercover officer ("UC") of the New York City Police Department inside of 1151 Elder Avenue, Bronx, New York.

g.     On or about January 14, 2010, LOPEZ and DANIEL FELIZ, a/k/a "No Name," the defendant, sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

h.     On or about January 19, 2010, LOPEZ and FELIZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

3

i.     On or about January 20, 2010, FELIZ and BELOZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

j.     On or about January 22, 2010, LOPEZ and BELOZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

k.     On or about January 26, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

l.     On or about January 28, 2010, LOPEZ and FELIZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

m.     On or about February 1, 2010, FELIZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

n.     On or about February 4, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

o.     On or about February 9, 2010, HEMPHILL GARCIA, a/k/a "Potato Face," the defendant, VASQUEZ, and CARRERA sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

4

p.  On or about February 11, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

q.  On or about February 23, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

r.  On or about March 2, 2010, LOPEZ sold "crack" cocaine to a UC in the vicinity of 1151 Elder Avenue, Bronx, New York.

s.  On or about March 11, 2010, FELIZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

t.  On or about March 15, 2010, LOPEZ and FELIZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

u.  On or about March 23, 2010, CARRERA possessed "crack" cocaine in the vicinity of 1114 Ward Avenue, Bronx, New York.

v.  On or about March 31, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

w.  On or about April 6, 2010, LOPEZ sold "crack" cocaine to a UC inside of 1114 Ward Avenue, Bronx, New York.

x.   On or about April 12, 2010, LOPEZ sold "crack" cocaine to a UC in the vicinity of 1151 Elder Avenue, Bronx, New York.

y.   On or about April 16, 2010, LOPEZ and ERIC ARAUJO, a/k/a "J," the defendant, sold "crack" cocaine to a UC inside of 1114 Ward Avenue, Bronx, New York.

z.   On or about April 22, 2010, LOPEZ and ARAUJO sold "crack" cocaine to a UC inside of 1151 Elder Avenue, Bronx, New York.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATIONS**

5.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, JAVIER LOPEZ, a/k/a "Twin," DANIEL FELIZ, a/k/a "No Name," HEMPHILL GARCIA, a/k/a "Potato Face," JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior," JUNUEL ALVAREZ, KEVIN VASQUEZ, a/k/a "Kakaito," CARLOS CARRERA, a/k/a "Mexico," OLIVER BELOZ, a/k/a "Shorty," and ERIC ARAUJO, a/k/a "J," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the

6

narcotics violation alleged in Count One of this Indictment, including but not limited to:

a.   a sum of money representing the amount of proceeds obtained as a result of the controlled substance offense for which the defendants are liable.

6.   If any of the forfeitable property described above in Paragraph 5, as a result of any act or omission of JAVIER LOPEZ, a/k/a "Twin," DANIEL FELIZ, a/k/a "No Name," HEMPHILL GARCIA, a/k/a "Potato Face," JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior," JUNUEL ALVAREZ, KEVIN VASQUEZ, a/k/a "Kakaito," CARLOS CARRERA, a/k/a "Mexico," OLIVER BELOZ, a/k/a "Shorty," and ERIC ARAUJO, a/k/a "J," the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the

7

United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

FOREPERSON

PREET BHARARA
United States Attorney

8

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER LOPEZ, a/k/a "Twin,"
DANIEL FELIZ, a/k/a "No Name,"
HEMPHILL GARCIA, a/k/a "Potato Face,"
JOHNNY NUNEZ GARCIA, a/k/a "Supreme," a/k/a "Superior,"
JUNUEL ALVAREZ,
KEVIN VASQUEZ, a/k/a "Kakaito,"
CARLOS CARRERA, a/k/a "Mexico,"
OLIVER BELOZ, a/k/a "Shorty," and
ERIC ARAUJO, a/k/a "J,"

Defendants.

INDICTMENT

10 Cr.

(21 U.S.C. § 846)

PREET BHARARA
United States Attorney

A TRUE BILL

_____
Foreperson

Post-It 11/1/89    4/28/10- Filed Indictment. Case assigned to Judge Griesa for all purposes. Arrest Warrant issued for each defendant. So Ordered.
Cott, J. U.S.M.J.